UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA D. BLAKE,

       Plaintiff,                        Case No. 2:16-cv-13698
                                                Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR REMAND PURSUANT TO SENTENCE FOUR (DE 15), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 17) AND AFFIRMING THE DECISION OF THE COMISSIONER OF SOCIAL SECURITY

Plaintiff, Joshua D. Blake, brings this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying his applications for supplemental security income and disability insurance benefits. Currently before the Court is Plaintiff's motion for remand pursuant to sentence four (DE 15), the Commissioner's cross-motion for summary judgment (DE 17), Plaintiff's reply (DE 18), and the administrative record (DE 11).

The parties have consented to my authority. (DE 14.) A hearing was noticed for January 3, 2018. On that date, Plaintiff's counsel, Lewis M. Seward, and Defendant's counsel, AUSA Daniel Tarabelli, appeared by telephone.

For the reasons stated on the record, Plaintiff's motion is **DENIED** (DE 15), Defendant's motion is **GRANTED** (DE 17), and the decision of the Commissioner of Social Security is **AFFIRMED.**

**IT IS SO ORDERED.**

Dated: January 4, 2018         s/Anthony P. Patti
                               Anthony P. Patti
                               UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on January 4, 2018, electronically and/or by U.S. Mail.

                               s/Michael Williams
                               Case Manager for the
                               Honorable Anthony P. Patti